# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD WERNER**  )<br>     **Plaintiff,**        )<br>                                )<br>     **v.**                       )<br>                                )<br>**UNITED STATES OF AMERICA**  )<br>     **Defendant.**          ) | **CASE NO. 1:16-CV-0987**<br><br>**(MUNLEY, J.)**<br><br>**Filed via ECF** |

## STIPULATION OF DISMISSAL

Plaintiff Richard Werner and defendant United States of America, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Stipulation for Compromise Settlement and Release entered into by the parties, hereby stipulate to the dismissal of all claims in the above-captioned action with prejudice.

| COUNSEL FOR PLAINTIFF: | DAVID J. FREED<br>United States Attorney |
|---|---|
| /s Sean P. McDonough<br>Sean P. McDonough<br>Dougherty, Leventhal & Price<br>75 Glenmaura Nat'l Blvd.<br>Moosic, PA 18507<br>Tel:  570-347-1011<br>smcdonough@dlplaw.com<br>Counsel for Plaintiff | /s Samuel S. Dalke<br>Samuel S. Dalke<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>228 Walnut Street, 2nd Floor<br>Harrisburg, PA 171018-1754<br>Tel:  717-221-4482<br>Samuel S. Dalke@usdoj.gov<br>Counsel for United States of America |

Dated:  March 18, 2019